UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARY JANINE KRYCIA, et al.,

    Plaintiffs,                        Case No. 13-13659
                                            Hon. Matthew F. Leitman

v.

TOWNSHIP OF CLINTON, et al.,

    Defendants.
_____/

## ORDER TO ATTEND HEARING

**IT IS HEREBY ORDERED** that counsel for all parties shall appear at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Blvd., Courtroom 242, Detroit, Michigan, on **Monday, February 8, 2016 at 2:00 p.m.** for a hearing on (1) Plaintiffs' Objections to the Report and Recommendation of the Magistrate Judge (ECF #72), and on (2) Defendants' Motions for Summary Judgment (ECF ## 35 & 37).

**IT IS FURTHER ORDERED** that counsel shall be prepared to address at the hearing all of the issues raised in the Defendants' Motions for Summary Judgment, including issues not specifically addressed in the Report and Recommendation. By way of example (and not limitation), counsel shall be prepared to address whether Plaintiffs have presented evidence of a causal

connection between the allegedly-protected conduct in which they claim to have engaged and the allegedly-adverse actions purportedly taken against them.

**IT IS SO ORDERED.**

/s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: February 1, 2016

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on February 1, 2016, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(313) 234-5113